JP:WDS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

M 11-1155

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

DAYANET ELIZABETH RODRIGUEZ,

    Defendant.

- - - - - - - - - - - - - - - - -X

C O M P L A I N T

(21 U.S.C. §§ 952(a)
and 960)

EASTERN DISTRICT OF NEW YORK, SS:

    EDWARD GONZALEZ, being duly sworn, deposes and states that he is a Special Agent with United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

    Upon information and belief, on or about November 22, 2011, within the Eastern District of New York and elsewhere, defendant DAYANET ELIZABETH RODRIGUEZ did knowingly, intentionally and unlawfully import into the United States from a place outside thereof a substance containing cocaine, a Schedule II controlled substance.

    (Title 21, United States Code, Sections 952(a) and 960).

    The source of your deponent's information and the grounds for his belief are as follows:[1/]

---

[1/] Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant

1. On or about November 22, 2011, the defendant DAYANET ELIZABETH RODRIGUEZ arrived at John F. Kennedy International Airport in Queens, New York, aboard JetBlue Airlines flight number 832 from Santiago, Dominican Republic.

2. The defendant DAYANET ELIZABETH RODRIGUEZ was selected by Customs and Border Protection ("CBP") Inspectors for a customs enforcement examination after a dog trained to detect narcotics alerted to a blue, soft-sided "Astor" suitcase, with baggage claim # 5279664476 (the "4476 Bag"), which was claimed by the defendant. The defendant also claimed a second checked bag, another "Astor" suitcase, with baggage claim # # 5279664477 (the "4477 Bag"), under the name "Hexter Vargas," who the defendant stated was her son, approximately three years old. The inspector asked the defendant DAYANET ELIZABETH RODRIGUEZ routine customs questions, and the defendant stated that the luggage she was carrying was hers, that she had packed the bags herself, and that no one had given her anything to carry into the United States.

3. The defendant DAYANET ELIZABETH RODRIGUEZ then presented the 4476 Bag for examination. During the examination, the inspector noticed that a white, powdery substance was leaking from the 4476 Bag. The white, powdery substance field-tested positive for cocaine.

---

facts and circumstances of which I am aware.

2

4. The defendant DAYANET ELIZABETH RODRIGUEZ was then placed under arrest and taken to a private search area. There, inspectors searched the 4477 Bag, which was found to contain a smaller "Astor" suitcase. Each of the suitcases was found to contain a white, powdery substance that field tested positive for the presence of cocaine. The total gross weight of the cocaine seized was 9976.6 grams.

5. Following her arrest, the defendant DAYANET ELIZABETH RODRIGUEZ was advised of her <u>Miranda</u> rights, which she appeared to understand and agreed to waive. The defendant then stated, in substance and in part, that she knew she was carrying drugs in her luggage and that she expected to be paid approximately $5,000 for doing so.

WHEREFORE, your deponent respectfully requests that the defendant DAYANET ELIZABETH RODRIGUEZ be dealt with according to law.

EDWARD GONZALEZ
Special Agent
Homeland Security Investigations

Sworn to before me this
22nd day of November, 2011

THE HONO[R]   S/Carter   [E]R
UNITED S[T]                [J]E
EASTERN [D]

3